U.S. BANKRUPTCY COURT
DISTRICT OF UTAH

IN RE: )   CASE NO. 99-20789
)   P1034681 00605
Brighton Emergency Services, P.C. )
)   ORDER FOR PAYMENT
Debtor )   OF UNCLAIMED FUNDS
)

There having been a dividend check in the above named case issued to Physicians Sales Service, a/k/a PSS World Medical, Inc., whose mailing address is 4345 Southpoint Blvd, Jacksonville, FL 32216, in the amount of $3,987.61, and said check having not been cashed by said payee, the trustee pursuant to 11 U.S.C. 347 (a) of the Bankruptcy Code paid this unclaimed money to Clerk, U.S. Bankruptcy Court.

Application having been made to the Clerk, U.S. Bankruptcy Court to pay this unclaimed money to the claimant listed above and claimant having made service on the United States Attorney on 4/30/03:

**IT IS ORDERED** that the application is granted and the Clerk, U.S. Bankruptcy Court is ordered to pay to PSS World Medical, Inc., c/o The Financial Resources Group, Inc. and mail to 700 Mechem Drive, Suite 8B, Ruidoso, New Mexico 88345, unclaimed money in the amount of $3,987.61 which was held pursuant to 11 U.S.C. 347 (a) of the Bankruptcy Code.

Dated: 5-6-03

UNITED STATES BANKRUPTCY JUDGE